J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:     (818) 300-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

John D. McCurdy (SBN 54091)
*jmccurdy@jmll.com*
Reagan E. Boyce (SBN 248064)
*reagan.boyce@jmll.com*
McCurdy & Leibl, LLP
12925 Riverside Drive, Third Floor
Sherman Oaks, California 91423
Telephone:    (818) 380-0123
Facsimile:     (818) 380-0124

Attorneys for Defendants
Maryam Ghermazian, an individual and
d/b/a www.saveintheusa.com, and
Technology One Online d/b/a Tech 1,
Technology 1 and Technology One
Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>  v.<br><br>Maryam Ghermazian, et al.<br><br>    Defendants.<br><br>―――――――――――――――<br>ALL RELATED CLAIMS<br>――――――――――――――― | Case No. CV11-3882 JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** AS MODIFIED HEREIN<br><br>Date:     December 2, 2011<br>Time:    1:30 p.m.<br>Court:   Hon. Jeffrey S. White |

PLAINTIFF Adobe Systems Incorporated ("Adobe"), by and through its counsel of record, and Defendants Maryam Ghermazian, an individual and d/b/a www.saveintheusa.com, and

Adobe v. Ghermazian, et al.:  Stipulation to Continue CMC        - 1 -

Technology One Online d/b/a Tech 1, Technology 1 and Technology One Corporation (collectively "Defendants"), by and through their counsel of record, hereby stipulate and request as follows:

WHEREAS Adobe filed its complaint on or about August 8, 2011;

WHEREAS counsel for Defendants first contacted counsel for Adobe on or about November 10, 2011, regarding her recent retention by Defendants;

WHEREAS counsel for Defendants has indicated that she will accept service for Defendants;

WHEREAS an Acknowledgment of Service is being sent to counsel for Defendants on or about November 10, 2011;

WHEREAS counsel for Defendants has not yet reviewed the Complaint and will need sufficient time to prepare a response;

WHEREAS the return of the Acknowledgment will give Defendants until January 9, 2012, to respond to the Complaint;

WHEREAS Defendant Morris Cohen a/k/a Morris Kohanian, an individual and d/b/a www.saveintheusa.com ("Cohen"), remains unserved;

WHEREAS Adobe has until December 6, 2011, to serve Defendant Cohen;

WHEREAS briefly continuing the Case Management Conference and all corresponding deadlines will provide the Parties with additional time to possibly resolve this matter informally or, alternatively, better brief the Court regarding the Parties' positions and any outstanding issues; and

WHEREAS Defendants by agreeing to a continuation of the case management conference do not intend to waive, and expressly reserve any and all rights or defenses, including those based on subject matter jurisdiction, personal jurisdiction or venue.

/ / /

NOW, THEREFORE, Adobe and Defendants respectfully request the Court continue the Joint Case Management Conference for approximately ninety (90) days, or not earlier than March 2, 2012.

IT IS SO STIPULATED.

DATED: November 10, 2011          J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: November 10, 2011          McCurdy & Leibl, LLP

By: _____
    John D. McCurdy
    Reagan E. Boyce
Attorneys for Defendants
Maryam Ghermazian and Technology One Online

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS HEREBY ORDERED that the Case Management Conference shall be continued to March 16, 2012 at 1:30 p.m. A joint case management statement is due on March 9, 2012. ~~If Plaintiff requires addition~~al time to serve Defendant Cohen, they should file the appropriate request with the Court.

DATED: November 28, ___, 2011

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

Adobe v. Ghermazian, et al.: Stipulation to Continue CMC          - 3 -