UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MARYAM GHERMAZIAN, et al.,<br><br>  Defendants. | Case No.: 11-cv-03882-YGR<br><br>**ORDER REGARDING STIPULATION TO CONTINUE DATES** |

On January 24, 2012, the parties filed a Joint Stipulation to Continue Dates and a [Proposed] Order Granting Continuance of Dates. (Dkt. Nos. 20 & 20-1.) On January 13, 2012, Defendants filed a Motion to Dismiss the Complaint for Lack of Proper Venue, or in the Alternative to Transfer Venue ("Motion to Dismiss"). (Dkt. No. 16.) Pursuant to the Court's Reassignment Order dated January 18, 2012, the hearing on the Motion to Dismiss, previously set for February 24, 2012, was vacated. (Dkt. No. 18, Section A.7.) Defendants re-noticed the hearing for March 13, 2012. (Dkt. No. 19.) The parties now seek an extension of all motion-related deadlines and of the Reassignment Order's deadlines for a Joint Case Management Conference Statement and Chambers Binder. The Court DENIES the parties' requested proposed order and hereby sets the following schedule:

With respect to the motion-related deadlines, Plaintiff shall file its opposition to the pending Motion to Dismiss by February 21, 2012. Defendants shall file their reply by February 28, 2012.

With respect to the required filings pursuant to the Court's Reassignment Order (Dkt. No. 18), the parties shall file their Joint Case Management Conference Statement (*see* Section B) by January 30, 2012. The Court will allow the Chambers Binder (*see* Section D) to be filed on February 21, 2012.

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE